USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ORNRAT KEAWSRI, et al.,

Plaintiffs,

-v-

MIHO MAKI, et al.,

Defendants.

---------------------------------------------------------------------X

23-cv-8408 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On October 7, 2026, the Court ordered the parties to show cause by October 16, 2026, why this bankruptcy appeal should not be dismissed in light of the parties' settlement in related proceedings. Dkt. No. 11. No party has filed a timely response, and there are no pending motions. Accordingly, the appeal is hereby DISMISSED.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge